**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:                                                    Chapter 13

Peggy A. Long                                            No.   08-09302

                    Debtor                               Hon.  Pamela S. Hollis

<u>**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**</u>

**To: See attached Service List**

    PLEASE TAKE NOTICE that on October 1, 2013, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

                    _____/s/ John C. Crees_____

**Certificate of Service**

    The undersigned certifies that she served a copy of the Notice of Filing and <u>Response to Notice of Final Cure</u> on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on William J Moroney and Marilyn O. Marshall on October 1, 2013.

                    _____/s/ John C. Crees_____

John C. Crees - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201 6679

<u>**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**</u>

## SERVICE LIST

Peggy A. Long
3827 W. Lexington
Chicago, IL 60624

Marilyn O. Marshall
224 South Michigan, Ste. 800
Chicago, IL 60604

William J Moroney
William J. Moroney Attorney at Law
29 South LaSalle Street
Suite 328
Chicago, IL 60603
notice@edfeldlaw.com